```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

              Criminal No. 13-cr-46-01-JD

 v.

<u>Eric Grant</u>

<u>O R D E R</u>

 The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; Trial is continued to the two-week period beginning September 17, 2013, 9:30 AM.

 Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

 SO ORDERED.

                */s/ Joseph A. DiClerico, Jr.*
                Joseph A. DiClerico, Jr.
                United States District Judge

Date: July 29, 2013

cc: Behzad Mirhashem, Esq.
   Arnold Huftalen, Esq.
   U.S. Marshal
   U.S. Probation